UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 03-80032-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ILEANA MARIA MARTINEZ,

    Defendant.
_____/



## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court for a final probable cause hearing on a petition for violations of supervised release. The Defendant, ILEANA MARIA MARTINEZ, appeared before the Court on April 15, 2011, represented by Robert Gershman, Esquire. The Defendant is charged with four violations: failing to refrain from violation of the law in connection with the offenses in Case no. 10-80107-Cr-HURLEY, namely two counts of conspiracy to commit fraud on a financial institution, and one count of aggravated identity theft; and associating with persons engaged in criminal activity, namely his co-defendants in Case no. 10-80107-Cr-HURLEY. The defendant admitted to the violations.

The Court finds that the Defendant knowingly, intelligently, and voluntarily admits to violating her supervised release and would like to proceed to sentencing. The Court also finds that the Defendant knowingly, intelligently, and voluntarily waives her rights to a final probable cause hearing.

The Court **RECOMMENDS** that the District Court accept the Defendant's admission and find the Defendant guilty.

Pursuant to Local Magistrate Rule 4(b), a party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Senior United States District Court Judge Daniel T.K. Hurley within *ten* days of being served with a copy of this Report and Recommendation. *This Court is expediting any objections to this Report and Recommendation based upon the imminent sentencing date of the underlying criminal case.* Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. *See United States v. Warren*, 687 F.2d 347, 348 (11th Cir.1982), *cert. denied*, 460 U.S. 1087 (1983).

**DONE and SUBMITTED** in Chambers at West Palm Beach in the Southern District of Florida, this 15 day of April, 2011.

*James M. Hopkins*

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

Copies to:
Honorable Daniel T.K. Hurley, Senior United States District Judge
Counsel of record
U.S. Marshal
U.S. Probation
Clerk of Court